## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00191-RBJ

JERRY ARCHULETA, individually and on behalf of all others similarly situated,

     Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, and
UNITED SERVICES AUTOMOBILE ASSOCIATION,

     Defendants.

---

## FINAL JUDGMENT

---

     In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

     Pursuant to the ORDER [ECF No. 39] of Judge R. Brooke Jackson entered on July 25, 2017, it is

     ORDERED that Defendants' Motion for Judgment on the Pleadings [ECF No. 31] is GRANTED.  It is

     FURTHER ORDERED that the plaintiff's complaint is DISMISSED WITH PREJUDICE.  It is

     FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff.  It is

     FURTHER ORDERED that, as the prevailing party, the defendants are awarded their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 25th day of July, 2017.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/  J. Dynes
_____

J. Dynes
Deputy Clerk