# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 17-cv-00191-RBJ

JERRY ARCHULETA, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

USAA CASUALTY INSURANCE COMPANY, and
UNITED SERVICES AUTOMOBILE ASSOCIATION,

    Defendants.

## AMENDED FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER [ECF No. 39] of Judge R. Brooke Jackson entered on July 25, 2017, and the Mandate issued By the Tenth Circuit Court of Appeals on August 15, 2018, it is

ORDERED that Defendants' Motion for Judgment on the Pleadings [ECF No. 31] is GRANTED.  It is

FURTHER ORDERED that the plaintiff's complaint against USAA is DISMISSED WITH PREJUDICE and the plaintiff's complaint against USAA Casualty Insurance Company is DISMISSED WITHOUT PREJUDICE for lack of jurisdiction.  It is

FURTHER ORDERED that judgment is entered in favor of the defendants and against the plaintiff.  It is

FURTHER ORDERED that, as the prevailing party, the defendants are awarded their reasonable costs pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 17th day of August, 2018.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: s/ J. Dynes

J. Dynes
Deputy Clerk